# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2669
L.T. Case No. 16-2024-DR-013998

_____

IAN DONOVAN BLAKE,

    Appellant,

    v.

BAYAN FARES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
L. E. Hutton, Judge.

Ian Donovan Blake, Jacksonville, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____